DANIEL E. PARK, State Bar No. 174524
dpark@parksylvalaw.com
CHRISTOPHER C. CIANCI, State Bar No. 266174
christopher@parksylvalaw.com
PARK & SYLVA
3731 Wilshire Blvd., Suite 600
Los Angeles, CA 90010
T: (213) 769-4616
F: (818) 479-9958

Attorneys for Plaintiff,
SEONG HOON HONG, an individual

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEONG HOON HONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CHARTIS SPECIALTY INSURANCE COMPANY a/k/a AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY; DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: C 13-1769 CW<br><br>**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

WHEREAS the parties herein have reached a settlement in this matter;

IT IS HEREBY STIPULATED by and between the parties through their counsel of record that this action be dismissed in its entirety with prejudice and that the parties bear their own costs and attorney's fees.

Dated: January 23, 2015

Respectfully submitted,

PARK & SYLVA

By: /s/ Daniel E. Park  _____

Attorneys for Plaintiff
SEONG HOON HONG

The undersigned have given authority to counsel for Plaintiffs to file this stipulation and proposed order.

Dated: January 23, 2015            MORISON & PROUGH, LLP

By: /s/ William C. Morison  _____

Attorneys for Defendant
CHARTIS SPECIALTY
INSURANCE COMPANY

FOR GOOD CAUSE, this action is dismissed in its entirety with prejudice. The parties shall bear their own costs and attorney's fees.

Dated: 1/28/2015

_____
United States District Court Judge

2
**STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**